

# Fourth Court of Appeals
## San Antonio, Texas

November 6, 2013

No. 04-13-00404-CV

**IN RE** the **ESTATE OF** Alberto **TREVIÑO**, Jr.

Original Mandamus Proceedings[1]

### ORDER

On June 24, 2013, relator Alberto Treviño, III, filed a petition for a writ of mandamus. The court has considered relator's petition, the record provided and the response of the real party in interest and has determined that relator is entitled to the relief requested. Accordingly, the petition for writ of mandamus is CONDITIONALLY GRANTED. TEX. R. APP. P. 52.8(c). This court's opinions and order dated September 25, 2013 are WITHDRAWN. The second motion for rehearing filed October 7, 2013 on behalf of the real party in interest is DENIED.

The Honorable Joe Rathmell is ORDERED to vacate the March 19, 2013 order transferring the underlying cause to the 49th Judicial District Court of Zapata County, vacate the May 10, 2013 order denying assignment of a statutory probate court judge and request the assignment of a statutory probate court judge. All orders entered by the Judge of the 49th Judicial District Court subsequent to the order of transfer are VOID. The writ will issue only if we are notified that Judge Rathmell has not done as directed within ten days of the date of this order.

The temporary stay imposed by this court on June 25, 2013 is LIFTED. The real party in interest's supplemental motion for temporary order and partial lift of stay filed July 16, 2013 is DENIED AS MOOT.

It is so **ORDERED** on November 6, 2013.

_____
Rebeca C. Martinez, Justice

---

[1] This proceeding arises out of Cause No. P-01796, styled *In re the Estate of Alberto Treviño, Jr.*, pending in the County Court, Zapata County, Texas, the Honorable Joe Rathmell presiding.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said ovember, 2013.

Keith E. Hottle, Clerk